EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br><br> Victoria A. Ferrer-Kerber | 2012 TSPR 161 <br><br> 187 DPR ____ |

Número del Caso: TS-8982

Fecha: 25 de octubre de 2012

Abogado de la Parte Peticionaria:

　　　　Por derecho propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

  Victoria A. Ferrer-Kerber             TS-8982


RESOLUCIÓN

San Juan, Puerto Rico, a 25 de octubre de 2012.

Examinada la *Solicitud de Cambio a Estatus de Abogada Activa en el Registro de Abogados y Abogadas del Tribunal Supremo*, se autoriza la readmisión de la Sra. Victoria A. Ferrer-Kerber al ejercicio de la abogacía. Se instruye a la Secretaria del Tribunal hacer el cambio de la señora Ferrer-Kerber a abogada activa en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA). La señora Ferrer-Kerber deberá actualizar de inmediato toda la información contenida en dicho Registro. Se le advierte de su obligación de mantener toda su información actualizada en RUA.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo